UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number:  08-14198-CIV-MARTINEZ-LYNCH

REBECCA CARMODY,

    Plaintiff,

vs.

MHM SOLUTIONS, INC.,

    Defendant.
_____/

### ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon the Clerk's Default entered against Defendant **(D.E. No. 9)**, filed on July 8, 2008.  Upon review of the record, it appears that the Defendant has indeed failed to answer or otherwise respond to the Complaint.  Therefore, it is:

**ORDERED AND ADJUDGED** that

    1.  The Plaintiff shall submit a *Motion for Default Final Judgment* no later than **July 30, 2008**, that includes affidavits of the amount due by the Defendant and any other supporting documentation necessary to determine the measure of damages.  Plaintiff shall send a copy of the motion to the Defendant's counsel or to the Defendant, if the Defendant does not have counsel.  In the certificate of service, the Plaintiff shall indicate that notice was sent and the address to where it was sent.

    2.  If the Defendant fails to respond to the Complaint and/or move to set aside the Clerk's Default on or before August 13, 2008, default final judgment may be entered.  Simply put for individuals without an attorney, if the Defendant does not send an objection to the Clerk of Court

before the above deadline, then the Plaintiff may be able to take the Defendant's property or money.

    3.  Plaintiff's failure to file for the Motion for Entry of Default Final Judgment within the specified time will result in a **dismissal** without prejudice.

    DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of July, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record