UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  08-14198-CIV-MARTINEZ-LYNCH

REBECCA CARMODY,

    Plaintiff,

vs.

MHM SOLUTIONS, INC.,

    Defendant.
_____/

### ORDER DIRECTING CLERK TO ENTER JUDGMENT

This cause came before the Court upon the Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment **(D.E. No. 18)**, filed on August 20, 2008.  The record shows that the Plaintiff filed an action against the Defendant MHM Solutions, Inc. on June 8, 2008, seeking damages under the Employer Retirement Income Security Act, 29 U.S.C. § 1140 *et seq*. ("ERISA").  On July 30, 2008, the Defendant extended an Offer of Judgment to the Plaintiff pursuant to Federal Rule of Civil Procedure 68.  (D.E. No. 17).  In its Offer of Judgment, the Defendant represented that it would resolve all claims set forth in the Plaintiff's Complaint, for $20,625.00, including claims for statutory, actual, compensatory, and punitive damages, common law claims, interest, and attorney's fees and costs.  (*Id*. at ¶ 3).  The Defendant conditioned the offer on the Plaintiff's agreeing to dismiss the action with prejudice.  Under the terms of Rule 68, the Plaintiff had 10 days from the date of the offer to accept it by filing a written notice of acceptance.  FED. R. CIV. P. 68(a).  On August 20, 2008, the Plaintiff filed a timely Notice of Acceptance of Defendant's Offer of Judgement (D.E. No. 18).

Because the Defendant conditioned its Offer of Judgment upon the Plaintiff' dismissing the action with prejudice, the Court construes the Defendant's Offer and the Plaintiff's Acceptance as a Joint Stipulation for Dismissal with Prejudice.  Federal Rule of Civil Procedure 68(a) provides that once a party serves written notice of acceptance of judgment, "the clerk must enter judgment."  Accordingly, it is hereby:

**ORDERED and ADJUDGED** that

1.  The Clerk of the Court is DIRECTED to enter judgment in favor of the Plaintiff, Rebecca Carmody, and against Defendant, MHM Solutions, Inc., in the total amount of **$20,625.00** for any and all actual damages, statutory damages, liquidated damages and attorney's fees and costs now accrued and all other issues in this action between the parties.

2.  This action is **DISMISSED with prejudice**.

3.  The Clerk of the Court is DIRECTED to CLOSE this case after he enters judgment in accord with Federal Rule of Civil Procedure 68(a) and to DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, September 3, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record